# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIANNA MARIA HIDALGO, | CASE NO. 1:12-cv-00783-SAB |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME NUNC PRO TUNC |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | (ECF No. 14) |
| Defendant. | |

This action was filed on May 13, 2012, and a scheduling order issued on May 15, 2012. Pursuant to the scheduling order, Plaintiff's confidential letter brief was to be served within thirty days from the lodging of the administrative transcript. The social security transcript was lodged on November 14, 2012. On January 23, 2013, Plaintiff filed an unopposed motion for an extension of time to file proof of service of the confidential letter brief nunc pro tunc and the certificate of service. Accordingly, Plaintiff's motion shall be granted nunc pro tunc and Plaintiff's certificate of service, filed January 23, 2013, shall be deemed timely.

IT IS SO ORDERED.

Dated:   **January 24, 2013**          /s/ **Stanley A. Boone**
                                      UNITED STATES MAGISTRATE JUDGE

1