# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIANNA MARIA HIDALGO, | CASE NO. 1:12-cv-00783-SAB |
| Plaintiff, | ORDER REGARDING CONSENT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff filed this action on May 13, 2012, and on May 15, 2012 an Order issued requiring the parties to complete and return a Consent to Assignment or Request for Reassignment within ninety days. (ECF No. 6.) Defendant consented to the jurisdiction of the Magistrate Judge on July 24, 2012. (ECF No. 9.) Plaintiff did not respond to the Order. Accordingly,

IT IS HEREBY ORDERED that:

1. The Clerk of the Court is direct to provide Plaintiff with a Consent to Assignment or Request for Reassignment form;
2. Within fourteen (14) days from the date of service of this order, Plaintiff should complete and return the Consent to Assignment or Request for Reassignment; and
3. The plaintiff is advised that she is free to withhold consent or decline magistrate jurisdiction without adverse substantive consequences.

IT IS SO ORDERED.

Dated: **July 12, 2013**

UNITED STATES MAGISTRATE JUDGE

1